```
 1  JASON M. FRIERSON                          FILED
    United States Attorney                U.S. MAGISTRATE JUDGE
 2  Nevada Bar Number 7709
    ANGELICA MARMORSTEIN
 3  Assistant United States Attorney       DATE: August 31, 2022
    501 Las Vegas Boulevard South
 4  Suite 1100
    Las Vegas, Nevada 89101                TIME: 10:30 a.m.
 5  Tel: 702.388.6138 / Fax: 702.388.6418
    Angelica.Marmorstein@usdoj.gov
 6  Attorneys for the United States
```

                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

| United States of America, | Case No. 2:22-mj-00689-EJY |
|---|---|
| Plaintiff, | **COMPLAINT** for violation of: |
| v. | Simple Assault<br>49 U.S.C § 46506 and 18 U.S.C. § 113(a)(5); |
| MICHAEL DEWAYNE PETERSON, | |
| Defendant. | Indecent Exposure 49 U.S.C § 46506 and DC code 22-1312; |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states that:

### COUNT ONE
Simple Assault
(49 U.S.C. § 46506 and 18 U.S.C. §113(a)(5))

On or about June 1, 2022, within the special aircraft jurisdiction of the United States, specifically, onboard Delta Airlines flight 949 from Atlanta, Georgia to Las Vegas, Nevada, terminating at the Harry Reid International Airport, Las Vegas, Clark County, Nevada,

**MICHAEL DEWAYNE PETERSON,**

defendant herein, did assault A.C., all in violation of Title 18, United States Code, Section 113(a)(5).

## COUNT TWO
### Indecent Exposure
### (49 U.S.C § 46506 and DC Code 22-1312)

That on or about June 1, 2022, within the special aircraft jurisdiction of the United States, specifically, onboard Delta Airlines flight 949 from Atlanta, Georgia to Las Vegas, Nevada, terminating at the Harry Reid International Airport, Las Vegas, Clark County, Nevada,

**MICHAEL DEWAYNE PETERSON,**

defendant herein, made an obscene and indecent exposure of his genitalia, and engaged in masturbation, all in violation of Title 49, United States Code 46506 and DC code 22-1312.

Complainant, as and for probable cause, states the following:

1. Complainant is a Special Agent with the Federal Bureau of Investigation, Las Vegas Division, and has been employed as a Special Agent for four years.

2. The following information is the result of my own personal involvement in this investigation, as well as information and reports provided to me by other law enforcement officers:

   (a) On June 1, 2022, Las Vegas Metropolitan Police Department (LVMPD) officers responded to a report that a male passenger on inbound Delta Airlines flight 949, scheduled from Atlanta, Georgia, to Las Vegas, Nevada, engaged in masturbation in front of a female passenger, pulled his penis out of his pants, and grabbed the female passenger. LVMPD officers prepared an initial report and relayed the following details to your complainant:

(b) The victim, A.C., was located in seat 21B during the above-described flight. **MICHAEL DEWAYNE PETERSON** was located in seat 21A. **PETERSON** and A.C. had no association prior to the flight and were not travelling together. A.C. reported that, during the flight, **PETERSON** repeatedly stared at her. Multiple times, as **PETERSON** was staring at A.C., he would put his hands down his pants and pull out his penis so that it was visible to A.C. She further reported that **PETERSON** had his hands in his pants for the duration of the flight, making gestures that appeared as though he was masturbating.

(c) Approximately ten minutes before landing, **PETERSON** typed a message on his cell phone and placed his cell phone on A.C.'s lap. The message said, "Can I take you out so we can have sex?" A.C. verbally responded, "No," and then **PETERSON** typed on his phone "Yes." At that point, **PETERSON** grabbed A.C.'s inner thigh. A.C. hit **PETERSON**'s hand away, and verbally stated, "Do not touch me!" **PETERSON** laughed and looked out the window.

(d) After the plane landed, A.C. stated that **PETERSON** exited the plane very fast. A.C. attempted to report the incident to a Delta Airlines flight attendant, but the flight attendant told A.C. she would have to report it to the gate agent since the flight already landed. The gate agent called a supervisor, who dispatched Las Vegas Metropolitan Police Department (LVMPD) officers.

(e) Your complainant conducted a follow up interview of A.C. on June 9, 2022, and A.C. reported all the same details to your complainant as recorded in the initial report. A.C. also provided a video of **PETERSON** appearing to masturbate to your complainant, which A.C. recorded on her cell phone during the flight.

(f) Based on the above facts and circumstances, your complainant believes there is probable cause that **PETERSON**, did violate Title 18 United States Code, section 113(a)(5) Simple Assault; as well as DC code 22-1312 Indecent Exposure while in the special aircraft jurisdiction of the United States.

ERIN WALSH, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August __31__, 2022.

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

4